UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-23086-CIV-ALTONAGA/Turnoff

**PAULETTE ROXBURY-SMELLIE**,

    Plaintiff,
vs.

**FLORIDA DEPARTMENT OF CORRECTIONS**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Florida Department of Corrections' ("FDOC['s]") Motion to Quash Improper Service and Motion to Dismiss [D.E. 6], filed on March 22, 2007; and Plaintiff, Paulette Roxbury-Smellie's ("Roxbury['s]") Motion to Withdraw Motion for Default and Allow Proper Service Upon Defendant [D.E. 8], filed in response on March 23, 2007.

In its Motion, FDOC argues that Roxbury failed to properly serve her Complaint upon FDOC pursuant to Fla. Stat. § 48.111(2), which requires that "[p]rocess against any public agency, board, commission, or department . . . shall be served on the public officer being sued or the chief executive officer of the agency, board, commission or department." FDOC requests that the Court quash Roxbury's previous service of her Complaint and dismiss the case for lack of personal jurisdiction. Roxbury concedes that the service upon FDOC did not comport with Fla. Stat. § 48.111(2), and in her Motion she requests leave of Court to attempt to properly effectuate service upon FDOC. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. FDOC's Motion **[D.E. 6]** is **GRANTED-IN-PART**. FDOC's Motion with respect to

**Case No.  06-23086-CIV-ALTONAGA/Turnoff**

quashing Roxbury's previous service of process is **GRANTED**.  FDOC's Motion with respect to dismissing the case for lack of personal jurisdiction is **DENIED** without prejudice.

  2.  Roxbury's Motion **[D.E. 8]** is **GRANTED**.  Roxbury shall serve her Complaint upon FDOC by **April 6, 2007**, and shall furnish the Court with proof of service.

  **DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of March, 2007.

                _Cecilia M. Altonaga_
                **CECILIA M. ALTONAGA**
                **UNITED STATES DISTRICT JUDGE**

cc:  Magistrate Judge William C. Turnoff
    counsel of record
    Florida Department of Corrections